# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WB SUPPLY, LLC, | ) | Case No. 21-10729 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Howley Law PLLC, Creditor Trustee of WB Supply LLC Liquidation Trust, | ) ) | |
| | ) | |
| Plaintiff | ) | Adversary No. 22–50407 (BLS) |
| | ) | |
| v. | ) | |
| | ) | |
| Allied Fitting, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **ALLIED FITTINGS, L.P.** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth

**E-mail: jcarruth@wkpz.com**

Dated: November 4, 2022            Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:   */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN:. 24001846)
   24 Greenway Plaza, Suite 2050
   Houston, TX 77046
   Telephone: (713) 341-1158
   Facsimile: (713) 221-3732
   E-mail: jcarruth@wkpz.com

ATTORNEYS FOR ALLIED FITTINGS, L.P.

## **CERTIFICATE OF SERVICE**

      On November 4, 2022, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon counsel for the Debtor and all registered ECF users who have appeared in this case to date through the ECF noticing system.

                                      */s/ Jeff Carruth*
                                      JEFF CARRUTH